

**SO ORDERED.**
**SIGNED this 19th day of August, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

In re

SUSAN CLEAR DUNAWAY
aka SUSAN RENEE CLEAR DUNAWAY

      Debtor

Case No. 3:21-bk-30226-SHB
Chapter 7

M. AARON SPENCER, TRUSTEE

      Plaintiff

      v.

Adv. Proc. No. 3:21-ap-3036-SHB

SUSAN CLEAR DUNAWAY;
VARO BANK, N.A., a/k/a VARO MONEY, INC.;
RAMIE PETERS, a/k/a RAI PETERS, RAMIE
ROBERTS, RAI ROBERTS, RAMIE FREEMAN,
ROBBI FREEMAN, RAMIE MARSTON,
ROBBI MARSTON, ROBBI GOLDMAN, ROBBI
SIPLAK, ROBBI STABLER, RAMIE BROWN,
and RAMIE FREEMAN-PETERS

      Defendants

## ORDER FOR WITHDRAWAL OF COUNSEL

On August 2, 2021, attorney Devin S. DeVore filed an Amended Motion to

Withdraw Representation ("Amended Motion") in the Chapter 7 case [Doc. 206], seeking permission to withdraw as counsel of record for Ramie Roberts. The Amended Motion was heard on August 19, 2021, with Mr. DeVore; M. Aaron Spencer, Chapter 7 Trustee; and Nicholas B. Foster, Trial Attorney for the United States Trustee, appearing. Notwithstanding that the Amended Motion was not filed in this adversary proceeding in which Mr. DeVore appeared as counsel for Ms. Roberts, no opposition to the Amended Motion having been raised, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Amended Motion having been granted, Devin S. DeVore and McKellar, Easter & DeVore shall be and hereby are withdrawn as counsel for Ramie Roberts on all matters pending before this Court, including this adversary proceeding.

2. The Clerk shall mail a copy of this Order to Ramie Roberts, at P.O. Box 22462, Knoxville, TN 37933, and at 4605 Beaver Ridge Road, Knoxville, TN 37931.

###